JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY KAPLAN,<br><br>           Plaintiff,<br><br>   vs.<br><br>DR. REDDY'S LABORATORIES, INC.,,<br>INC., et al.,<br><br>           Defendants. | CASE NO. CV10-00675-R<br><br>JUDGMENT |

This action came on for hearing before the Court on August 23, 2010, on a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff Nancy Kaplan take nothing, that the action be dismissed on the merits, and that Defendants Dr. Reddy's Laboratories, Inc. And Promius Pharma recover their costs.

DATED: September **30**, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE